## HEDGES *v.* GRAY.

The action of covenant will lie on a writing obligatory for the payment of a certain sum in land-office money.

*Monday,
November 9.*

APPEAL from the *Owen* Circuit Court.

HOLMAN, J.—Covenant by *Gray* against *Hedges* on a writing under seal for the payment of 67 dollars in land-office money. Demurrer to the declaration, and judgment for the plaintiff below.

The only point made in this case, is, that covenant will not lie on this writing; it being suggested that it is for the payment of a certain sum of money. If this suggestion were correct, it would not conclusively follow that covenant would not lie. See Selw. N. P. 384, 462.—*Carpenter* v. *Alexander*, 9 Johns. R. 291. But this agreement is not for the payment of a certain sum of money. Land-office money comprises bills on a number of banks in various sections of the union: and the bills of those banks are not all of the same value. Even the bills on the same bank are liable to rise or fall in value by a change of time or place. Add to this, that land-office money is different at the several land-offices in our state; and is moreover subject to be changed at the pleasure of the secretary of the treasury of the *United States.* And it will be plainly seen that the precise value of land-office money, at any particular time, cannot be obtained with absolute certainty, by mere calculation. It is a question of fact, which should be regularly found by a jury. Covenant was therefore the proper action (1).

*Per Curiam.*—The judgment is affirmed, with *5 per cent.* damages and costs.

*Naylor,* for the appellant.

*Dewey,* for the appellee.

Nov. Term, 1822.

(1) Vide *Duerson* v. *Bellows; Wilson* v. *Hickson;* and *Osborne* v. *Fulton;* decided at this term; and *Harper* v. *Levy, May* term, 1824; *post.*